UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

JS 6

| | | | |
|---|---|---|---|
| Case No. | CV 15-9312 DSF (KLSx) | Date | 12/9/15 |
| Title | Wilmington Trust National Association v. Murray Breck, et al. | | |

| | |
|---|---|
| Present: The Honorable | DALE S. FISCHER, United States District Judge |
| Debra Plato | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order REMANDING Case to Superior Court of California, County of Los Angeles

    This matter was removed from state court on December 2, 2015, based on federal question and diversity jurisdiction. The complaint is a state law unlawful detainer complaint and does not state a federal cause of action. While the notice of removal claims federal question jurisdiction, jurisdiction is based on the plaintiff's complaint and not on any federal counterclaims or defenses that a defendant might assert. See Holmes Group, Inc. v. Vornado Air Circulation Sys., Inc., 535 U.S. 826, 830-32 (2002). As for diversity jurisdiction, the face of the complaint makes clear that far less than $75,000 is at issue.

    The case is REMANDED to the Superior Court of California, County of Los Angeles.

    IT IS SO ORDERED.